**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 09-62047-CIV-COOKE/BANDSTRA**

JAMES L. ABBATE,

     *Plaintiff*,

vs.

FRANKLIN M. ABBOTT, *et al.*,

     *Defendants*.

_____/

**CASE NO. 09-62048-CIV-JORDAN/TORRES**

JAMES L. ABBATE,

     *Plaintiff*,

vs.

FRANKLIN M. ABBOTT, *et al.*,

     *Defendants*.

_____/

**ORDER OF CONSOLIDATION**

This matter is before me on a *sua sponte* review of the record in each of the above-captioned cases. Pursuant to Federal Rule of Civil Procedure 42(a), the Court finds that Case No. 09-62047-CIV and Case No. 09-62048-CIV involve common questions of law and fact. Accordingly, in the interest of judicial economy, these cases shall be consolidated for both pretrial procedures and for trial, and I:

     **ORDER AND ADJUDGE** that:

1.      Case No. 09-62047-CIV and Case No. 09-62048-CIV are hereby

**CONSOLIDATED**.

2.      The higher-numbered cases, Case No. 09-62048 is

**ADMINISTRATIVELY CLOSED**.

3.      The Parties and the Clerk are hereby **DIRECTED** to file all documents

under the lower case number, Case No. 09-62047-CIV-Cooke/Bandstra.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 8th day of February
2010.

_____
MARCIA G. COOKE
United States District Judge


cc:     Honorable Ted E. Bandstra
        All Counsel of Record

Case No. 09-62047-CIV-COOKE/Bandstra
Case No. 09-62048-CIV-COOKE/Bandstra

2